PEOPLE ex rel. EGAN v. WALDO, Com'r. (Supreme Court, Appellate Division, First Department. March 20, 1913.) Proceeding by the People of the State of New York, on the relation of Michael J. Egan, against Rhinelando Waldo, as Commissioner. W. E. Murphy, of New York City, for relator. H. Crone, of New

York City, for respondent. No opinion. Writ dismissed, and proceedings affirmed, with $50 costs and disbursements. Order filed.